# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-3026
_____

CHRISTOPOHER ORR,

Appellant,

v.

THE FLORIDA DEPART. OF
CORRS.,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

May 27, 2026

PER CURIAM.

DISMISSED as untimely.

ROBERTS, LONG, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Christopoher Orr, pro se, Appellant.

No appearance for Appellee.